IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FRANK REESE, JR.,                :
                                 :
    Petitioner.                  :
                                 :
vs.                              :    CIVIL ACTION 10-0451-CB-M
                                 :
TREY OLIVER,                     :
                                 :
    Respondent.                  :

ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this habeas petition be **DISMISSED** as time-barred.

DONE this 14th day of January, 2011.

s/*Charles R. Butler, Jr.*_____
CHARLES R. BUTLER, JR.
SENIOR UNITED STATES DISTRICT JUDGE